AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 18-6337-Valle |
| Gregg Alan Donshik | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 18, 2018__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252(a)(4)(B) | Defendant did knowingly possess any visual depiction that had been shipped and transported in interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, and such visual depiction was of such conduct, in violation of federal law. |

This criminal complaint is based on these facts:

SEE AFFIDAVIT ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Vanessa Blanco, SA HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/19/2018

_____
*Judge's signature*

City and state: Ft. Lauderdale, Florida

Honorable Alicia O. Valle
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Vanessa Blanco, Special Agent with Homeland Security Investigations (HSI), having been first duly sworn, do hereby depose and state as follows:

### I. INTRODUCTION

1. I am an investigative or law enforcement officer of the United States within meaning of § 2510(7) of Title 18 of the United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of, and make arrests for offenses enumerated in the Title 18, United States Code, §§ 2422, 2423, 2251 and 2252, *et seq.*

2. I am employed as a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI), Fort Lauderdale, Florida. I have been employed as a Special Agent since October 2002. As a Special Agent with HSI, I investigate criminal violations relating to child pornography, including violations pertaining to the illegal transportation, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. § 2252 and the coercion and enticement of minors to engage in illegal sexual activity, in violation of 18 U.S.C. § 2422(b).

3. As a Federal Agent, I have received training in the investigation of child pornography and child exploitation and have participated in numerous types of investigations involving crimes against children, including investigations related to the possession and distribution of materials relating to the sexual exploitation of children. In the course of these investigations, I have reviewed hundreds of still images and videos containing child pornography in all forms of media, including computer media, and have discussed and reviewed these materials with other law enforcement officers. I have executed several search warrants that have led to seizures of child pornography.

1

4. The information contained in this affidavit is based upon my investigation of this matter, as well as my training and experience, and the training and experience of other law enforcement officers involved. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause in support of the criminal complaint against Gregg Donshik ("DONSHIK") it does not contain all of the information known to me or other law enforcement officers.

## II. SUMMARY OF INVESTIGATION TO DATE

5. In March 2018, law enforcement received information from the HSI Cyber Crimes Center (C3) that internet users located in the United States had created accounts and purchased child sexual abuse material (CSAM) in a website identified as BoyXZeed.net via True Money[1] and PayPal[2]. The payments were made to BoyXZeed.net. Law enforcement reviewed the website which required registration with a real email address. The site advertised the sharing, selling and/or buying of images and videos of boys. The website stated, "blurring and face covering in the VDO is for the safety of the photographers and members, and for the boys' future, as several people have been arrested. Please understand admin." Further review of the site indicated that it contained CSAM and that payment at that time could be made via PayPal and/or Visa.

6. HSI C3 received evidence from Interpol that BoyXZeed.net was distributing child exploitation material on a TOR-based forum called BoyVids 4.0. The website Boyxseed.net was later renamed BoyXZeed2.net and was hosted in Bulgaria. Thai and South Australia authorities identified two site administrators in Thailand and Australia and multiple victims in Thailand with the assistance of Interpol. The site administrators were arrested in January 2018. The Thai

---

[1] TrueMoney is a financial technology brand, providing e-payment services in Southeast Asia.
[2] PayPal Holdings, Inc. is an American company operating a worldwide online payments system that supports online money transfers and serves as an electronic alternative to traditional paper methods like checks and money orders.

2

administrator admitted to sexually abusing eleven young boys in a small village in Thailand and to selling the material on Boyxzeed.net. Law enforcement obtained some of the images and videos of the Thai boys produced by the Thai offender.

7. Interpol has provided information relating to United States (US) users who created accounts on the website, with details including a username, email address, group/level of membership, date of registration, IP activity, and the texts of posts in instances where the user posted comments on the site and credits. In addition to the site administrators, the site had three levels of membership: open, premium and secret. The open status was for all members. Premium members contributed to their membership by uploading CSAM. Lastly, users could gain access to the "Secret" level of membership by using "credits." Users could obtain credits on the site by uploading CSAM or by purchasing credits via True Money.

8. Interpol reported that the user HL702219703 with the email address: eraxuthbb@protonmail.com registered on the Boyxzeed site on November 15, 2017 and was last active on the site on December 20, 2017. The user had 102 credits, and was a member of the "Secret" group. All the images in the "Secret" group were CSAM of the Thai victims. The data indicates that the account was accessed from IP address 73.1.170.215 (Target IP address). This IP address was registered to Comcast from November 15, 2017 to December 20, 2017.

9. On March 07, 2018, law enforcement received Summons results from Comcast Cable Communications which showed that the Target IP address, 73.1.170.215, for the time and date of last access to the website boyxzeed.net, was assigned to DONSHIK at 1900 Van Buren St. Apt 311 Hollywood, FL 33020, with the email address Greggdonshik@comcast.net. The information showed that the account had been active since June 28, 2016, and was still active. Comcast also listed a telephone number (917-721-5902) as being associated with the account.

3

10. On March 20, 2018, a check with the Florida Department of Motor Vehicles (DAVID) revealed that DOSHIK resides at 1900 Van Buren St. Apt. 311B Hollywood, FL 33020.

11. On April 05, 2018, law enforcement received the Summons results from FPL showing that an FPL account, registered to DONSHIK at the address of 1900 Van Buren St. Apt. 311 Hollywood, FL 33020, was opened in 2015 and remained active as of April 05, 2018.

12. On May 23, 2018, law enforcement verified that DONSHIK is a temporary teacher at the Huntington Learning Center located in 19072 NE 29th Avenue Aventura, FL 33180.

13. On July 13, 2018, HSI Special Agents applied for, and were granted, a federal search warrant for DONSHIK's residence.

14. On July 18, 2018, HSI Special Agents, along with the South Florida Internet Crimes Against Children (ICAC) executed the search warrant at DONSHIK's residence located at 1900 Van Buren St. Apt. 311 Hollywood, FL 33020. During the search, agents located one IMAC desktop bearing serial number C02LTVYWF812 in the living room. An on-site forensic preview of the desktop computer revealed approximately ten videos containing child pornography. An on-site preview was also conducted of a black San Disk thumb drive located in the residence, which revealed two videos depicting child pornography and fifteen images depicting child pornography. A description of the three of the videos is as follows:

    a. !!!New 2007 Little Baby Boy & Dad. The video depicts a prepubescent male penis being touched and masturbated by an adult male.

    b. 13 yr boy anal x pthc !new 2008 boy taking my cock 293.avi. The video depicts a young, minor male being penetrated anally by an adult male.

    c. boyxzeed.net.vip.clip. The video depicts a minor male masturbating.

15. While DONSHIK declined to speak with law enforcement about the facts of the case, he stated that he had been living at 1900 Van Buren St. Apt. 311 for the past two years and that he lived alone. DONSHIK stated that he had approximately 4 computers including a Laptop and indicated that his internet service was password protected. Agents learned that DONSHIK had been a teacher at a Hollywood Charter School, but had resigned and was going to start at a new school in Miami-Dade County this school year.

## CONCLUSION

16. Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that DONSHIK did knowingly possess of or access with intent to view child pornography, in violation of Title 18 U.S.C. § 2252(a)(4)(B).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Vanessa Blanco, Special Agent,
Department of Homeland Security –
Homeland Security Investigations

Sworn and subscribed before me this /9th day of July 2018.

_____
THE HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE